UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**SEALED**

CASE NO. 24-CR-20034-ALTONAGA

UNITED STATES OF AMERICA

v.

BILLY OLVERA,

    Defendant.
_____/

FILED BY _____ D.C.
AUG 22 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, hereby respectfully requests that the Notice of Filing of Victim Impact Statement, this Motion and accompanying order be SEALED until further order of the Court. Copies of these pleadings may be obtained by the United States Attorney's office.

                                                    Respectfully submitted,

                                                   MARKENZY LAPOINTE
                                                 UNITED STATES ATTORNEY

By: _____
     AUDREY PENCE TOMANELLI
     Assistant United States Attorney
     Court ID No.: A5503001
     99 NE 4th Street, 6th Floor
     Miami, Florida 33132
     Tel: (305) 961-9031
     Email: Audrey.Pence.Tomanelli@usdoj.gov