SEALED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-CR-20034-ALTONAGA

UNITED STATES OF AMERICA

v.                                          **FILED UNDER SEAL**

BILLY OLVERA,

  **Defendant.**
_____/

FILED BY_____ D.C.

AUG 22 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### NOTICE OF FILING VICTIM IMPACT STATEMENT

The United States of America, by and through the undersigned Assistant United States

Attorney, hereby files the attached Victim Impact Statement under Seal for use in the sentencing

hearing scheduled for August 23, 2024.

<div style="margin-left:50%">

Respectfully submitted,
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

</div>

Date: August 22, 2024            By: _____
                                      AUDREY PENCE TOMANELLI
                                      Assistant United States Attorney
                                      Court ID No.: A5503001
                                      99 NE 4th Street, 6th Floor
                                      Miami, Florida 33132
                                      Tel: (305) 961-9031
                                      Email: Audrey.Pence.Tomanelli@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 22, 2024, I filed the foregoing document with the Clerk of the Court.

_____

Audrey Pence Tomanelli
Assistant United States Attorney

SEALED

Your honor:

My name is Aunie Glenn and I am the victim of the sexual assault and intimidation with a deadly weapon on American Airlines flight #232 from Dallas, TX to Miami, FL.

During this flight, on November 6, 2023, Billy Olvera was recording under my dress as well as snapping photos under my dress from the moment he got to his seat in the last row of the aircraft. Every time I walked past him in the aisle he made sure I had to rub against him someway or another. When I had started noticing that he had been potentially trying to record under my dress I thought I was going crazy, because how can this man, who is armed at work deporting someone, who is also suppose to be there to protect me and my crew if something goes wrong, how could he possibly be violating me and violating my civil rights? So when my crew and I devised our plan to set my nerves to rest and found out my intuition was on point my anxiety went through the roof. We had only 45mins left in our flight. How long had he been doing this for, I wondered? How many shots and videos does he have of my private parts? How can I get away since I'm stuck in an aircraft at 33,000ft in the air and my work position is working in the back part of the aircraft and every time I have to go out in the aisle I have to pass him? I surely can't confront this man about it because he's armed. And if he's this bold and crazy to do this in federal airspace to a working employee whilst he's at work, what's to stop him from using his fire arm against me to submit or do something for him. My mind was going in all different directions at this point and I was scared and trigger from things that have happened to me in my past. I wanted to scream and cry and curl up into a ball but I couldn't. So I just had to endure the remainder of the flight, stuck with nowhere to go, and accept what had happened and hope the justice system on the ground would take care of him for me. And they did just that. I reported this man, Billy Olvera, not just for justice for myself. But the way he was so stealth about the recordings of me I had this nagging feeling that he may have put other woman in danger or violated other flight attendants the same way he did me or worst, deportees he may have held his power over. I wanted to be their voice to bring justice to a man that has taken his position with the government into his own hands and has abused it. I wanted to make sure this man never works for our government again. I wanted to make sure this man is never allowed to own a gun and is stripped of his second amendment rights since in my eyes he is not a responsible gun owner. I wanted this man to understand that what he has done and what power he takes away from women in the moment is never ok. I want him to know the anxiety he has brought to my front door will take years of healing since he brought that to my place of work. That every time I have a flight where I have an armed passenger on board I get triggered. That every time I put my uniform on I get triggered. That every time I see someone point their camera at me I feel like I have to stay out of the aisle and hide. The emotional strain that this incident has caused me is no small thing. I am still in therapy to help calm my anxiety and my triggers for when I go to work and learn how to regain trust in the ones I'm suppose to trust the most. In the last 10 months since the incident I have come close to termination with my company due to my anxiety being so high. Will this happen again to me? Or to another crew member? And if it does will I be able to compose myself in a professional way still? I hope I never have to find out.

With all that said, I feel as though Billy Olvera should get the max sentence of 20yrs, stripped of his second amendment and to never be able to work for this government again. This was not the first time he's done this and if he hadn't gotten caught I'm sure it wouldn't have been the last time either. I've very pleased with the way the US Attorneys office has handled this incident thus far and has restored my faith in the justice and for that I am extremely blessed and thankful for. I have full faith he will get what is just in the end and you will make a just decision for what his future holds.

Thank you for your time.

Sincerely,

Aunie Glenn